**FILED**

**MOTION UNDER 28 U.S.C. SECTION 2255**
**UNITED   STATES   DISTRICT   COURT**
**NORTHERN DISTRICT OF ILLINOIS**

JUN 1 7 2008 *aew*

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

---

MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY
A PERSON IN FEDERAL CUSTODY

---

UNITED STATES                          )
                                       )
                                       )
                                       )     **08 C 50105**
                                       )
                                       )     CASE NO._____
v.                                     )     (To be supplied by clerk)
                                       )
                                       )     *JUDGE REINHARD*
                                       )
Quincy Hubbard #30005-424              )
(Full name and prison number of        )
movant)                                )

**IF THE MOVANT HAS A SENTENCE TO BE SERVED IN THE <u>FUTURE</u> UNDER
A FEDERAL JUDGMENT WHICH HE WISHES TO ATTACK, HE SHOULD FILE
A MOTION IN THE FEDERAL COURT WHICH ENTERED THE JUDGMENT.**

1.   Place of detention, or if on parole, date of parole release
     Oxford Federal Correctional Institution                        .

2.   Name and location of court which sentence was imposed and name
     of judge who imposed the sentence which is now under attack.
     United States District Court For The Northern District
     Philip G. Reinhard U.S. District Judge

1

3.  Date of judgment of conviction:
    _____ October 13, 08 _____

4.  Case number: O5CR50055 _____

5.  Length of sentence: 294 Months _____

6.  Nature of offense involved (all counts): Cant 1: Possession
    With Intent to Distribute Cocaine Base. Count 2: Felon In
    Possession .

7.  What was your plea?          (check one)

    (A)   Not guilty             (      )
    (B)   Guilty                 ( ✓ )
    (C)   Nolo Contendere        (      )

8.  Kind of trial:              (check one)

    (A)   Jury                   (      )
    (B)   Judge only             ( ✓ )

9.  Did you testify at the trial?

    Yes  (      )          No   ( ✓ )

10. Did you appeal from the judgment of conviction?

    Yes  ( ✓ )          No   (      )

11. If you did appeal, answer the following:

    (A)   Name of court U.S. Court Of Appeals For The Seventh Circuit

    (B)   Result They didn't give me a appeal because my lawyer filed a Anders Brief

    (C)   Date of result June 07

12. Other than a direct appeal from the judgment of conviction and
    sentence, have you previously filed any petitions, appli-
    cations or motions with respect to this judgment in any
    federal court?

    Yes  (      )          No   ( ✓ )

2

13.  If your answer to (12) was **"YES,"** give the following information:

(A)  (1)  Name of court_____

(2)  Nature of proceeding_____

(3)  Grounds Raised_____

_____

(4)  Did you receive an evidentiary hearing on your petition, application or motion?

Yes  (    )          No    (      )

(5)  Result_____

(6)  Date of result_____

(B)  As to any second petition, application or motion, give the same information:

(1)  Name of the court_____

(2)  Nature of proceeding_____

(3)  Grounds Raised_____

_____

(4)  Did you receive an evidentiary hearing on your petition, application or motion?

Yes  (    )          No    (      )

(5)  Result_____

(6)  Date of result_____

(C)  As to any third petition, application or motion, give the same information:

(1)  Name of the court_____

(2)  Nature of proceeding_____

(3)  Grounds Raised_____

_____

(4)   Did you receive an evidentiary hearing on your petition, application or motion?

Yes   (     )                No   (     )

(5)   Result_____

(6)   Date of result_____

(D)   Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

(1)   First petition, etc.    Yes   (   )   No   (   )

(2)   Second petition, etc.   Yes   (   )   No   (   )

(3)   Third petition, etc.    Yes   (   )   No   (   )

(E)   If you did <u>not</u> appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

14.   State <u>concisely</u> every ground on which you claim that you are being held unlawfully.  Summarize <u>briefly</u> the facts supporting each ground.  If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

CAUTION:   IF YOU FAIL TO SET FORTH ALL GROUNDS IN THIS MOTION, YOU MAY BE BARRED FROM PRESENTING ADDITIONAL GROUNDS AT A LATER DATE.

A.   Ground one The officers used bad faith in this case because the C.I (Mark Burkes is not a reliable source.

Supporting FACTS (tell your story <u>briefly</u> without citing cases or law:

The officers, Douglas M. Pann and Detective Ross has worked with the same C.I, Mark Burkes, on several other cases. Which they're cases was thrown out of the Winnebago Court rooms because of the false testimonys of Mark Burkes. They never said if the C.I. is reliable or not when they went under oath.

B. Ground two The government argued that the affidavit established "J" & "Q" had been involved in cocaine distribution for at least a year prior to issuance of warrant

Supporting FACTS (tell your story <u>briefly</u> without citing cases or law):

The affidavit provided false information that was given under oath. I, Quincy Hubbard, was in I.D.O.C from Feburury 2001 - July 20,04. That clearly shows I couldn't have been selling drugs to the C.I. And Jesse was also in & out of Jail a year up to the issuance of the warrant. And he was locked up in Winnebago County Jail from 10/14/04 - 12/11/04 just a months before the debriefing of the informant.

C. Ground three The government further argued that the affidavit established that a continuing course of drug trafficking from that residence "for a period of more than one year."

Supporting FACTS (tell your story <u>briefly</u> without citing cases or law): My wife, my child & myself didn't move into the residence until November 1, 2005 and not a day sooner. Thats 3 months till the debriefing of the witness. So how was I selling drugs otta there for more than a year.

Ground four _Violation of Sixth Amendment Right Of Effective_
_Assistance Of Counsel_

Supporting FACTS (tell your story <u>briefly</u> without citing cases
or law: _Counsel Jazwiec was ineffective with going over the_
_warrant and challenging the facts from the affidavit, which shows with_
_all the evidence I produced showing the officers and C.I are bogus and acted_
_out of bad faith. Furthermore I ask my lawyer over & over to check on_
_these things, but he never did_

15. If any of the grounds listed in 14 A, B, C, and D were not
    previously presented, state <u>briefly</u> what grounds were not so
    presented, and give your reasons for not presenting them:
    _All of these grounds wasn't presented, because of my lawyer. I told him_
    _these things and even told him about the bogus C.I. But he continued to blow_
    _me off and wouldn't let me speak in court. And he waived my rights for a discovery_
    _hearing. I didn't give him the right to do so. I didn't ask but no discovery hearing until the Judge asked_
    _him did we want one. And my lawyer said no. If I've known that we could've argued everything._

16. Do you have any petition or appeal now pending in any court as
    to the judgment under attack?    Yes ( )    No (✓)

    (A)  If **"YES,"** state the name of the court and the nature of
         the proceeding:_____

    _____

    _____

17. Give the name and address, if known, of each attorney who
    represented you in the following stages of the judgment
    attacked herein:

    (A)  At preliminary hearing _Glenn J. Jazwiec (Retained)_
         _100 East Chicago Street, Suite 504 Elgin, Ill 60120_

    (B)  At arraignment and plea _Glenn Jazwiec_

    _____

(C)   At trial _Glenn Jazwiec_____

_____

(D)   At sentencing _Glenn Jazwiec_____

_____

(E)   On appeal _A Brian Threlkeld_____

_____

(F)   In any post-conviction proceeding_____

_____

(G)   On appeal from any adverse ruling in a post-conviction
      proceeding_____

_____

18.   Were you sentenced on more than one count of an indictment, or
      more than one indictment, in the same court and at
      approximately the same time?      Yes (✓)      No (  )

19.   Do you have any future sentence to serve after you complete
      the sentence imposed by the judgment under attack?
                                    Yes (  )      No (✓)

      (A)   If so, give the name and location of the court which
            imposed the sentence to be served in the future:_____

      _____

      _____

      (B)   And give the date and length of sentence to be served in
            the future:_____

      _____

7

WHEREFORE, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____

Signature of attorney (if any)

Signature of Movant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _May 24, 08_____
(date)

Signature of Movant

8

OM0SM008          ILLINOIS DEPARTMENT OF CORRECTIONS -- OTS          9/16/ 4
PAGE: 0001          SCHEDULED MVMT -- CUSTODY HISTORY INQUIRY          17:11:45

IDOC#: B60588 HUBBARD, QUINCY          3 A L  DISTRICT 2          07/20/2004
SEX REGISTRY:          PROJ DISC DATE: 07/20/2007
          PARENT INST: ROBINSON
BIRTHDATE: 12 17 1976   SSN: 349682876     DCN1: L23660694
FBI: 376782TA6     BOI: 32799190     IR: 1077683
---DATE--- -TIME- ---MOVEMENT/ADMS TYPE- -FROM- -TO-  --PARENT INSTITUTION---

07 20 04  09:00 PAROLE OUT               ROB  002  ROBINSON
02 07 01  20:55 ADMIT IN       RTC     PAR  JOL  JOLIET
12 06 00  08:41 PAROLE OUT            VAN  002  VANDALIA
10 05 00  10:38 ADMIT IN       DR      ADM  JOL  JOLIET
04 13 97  09:25 DISCHARGE OUT         PS1  EXP  VIENNA
04 13 95  12:52 PAROLE OUT            DSB  110  VIENNA
10 21 94  12:09 ADMIT IN       DFC     ADM  JRC  JOLIET


NEXT KEY DATA: IDOC #: B60588
PF7: PAGE BACK  PF8: PAGE FWD
INQUIRY COMPLETE          PLEASE ENTER NEXT KEY DATA

(Exhibit A)
Clearly shows that Quincy Hubbard was in
I.D.O.C the year Mark Barkes claims he was
buying drugs from Hubbard. Which the arresting
Officers swore under oath. The officers also violated
by not going over and making sure all the C.I.
information was true.

Case 3:08-cv-50105   Document 1   Filed 06/17/2008   Page 10 of 13

Name HUBBARD, JESSE   NMN

Master ID# 98904            cell

SELECT RECORD:

| S# | Booking Date | Time | Booking Number | Release Date | Time | Sts | Jail Days | Time Hours | Wrk Rel |
|----|------|------|------|------|------|------|------|------|------|
| 1 | 3/15/05 | 9:11 | 05-0267658 | 9/08/05 | 2:15 | R | 176 | 17.0 | |
| 2 | 1/19/05 | 16:50 | 05-0265305 | 1/19/05 | 20:17 | R | | 3.0 | |
| 3 | 10/14/04 | 11:16 | 04-0261310 | 12/11/04 | 6:47 | R | 57 | 19.5 | |
| 4 | 9/13/04 | 4:59 | 04-0259928 | 9/13/04 | 7:58 | R | | 2.5 | |
| 5 | 5/26/04 | 11:00 | 04-0254751 | 7/24/04 | 14:29 | R | 59 | 3.0 | |
| 6 | 1/13/04 | 37 | 04-0248681 | 1/13/04 | 10:07 | R | | 9.5 | |
| 7 | 4/14/03 | 18:43 | 03-0236583 | 4/14/03 | 21:50 | R | | 3.0 | |
| 8 | 3/16/03 | 22:51 | 03-0235287 | 3/17/03 | 1:14 | R | | 2.0 | |
| 9 | 2/20/03 | 17:17 | 03-0234275 | 3/06/03 | 6:40 | R | 13 | 13.0 | |
| 10 | 1/08/03 | 22:30 | 03-0232428 | 1/09/03 | 25 | R | | 1.5 | |
| 11 | 10/19/01 | 21:30 | 01-0212763 | 10/19/01 | 22:26 | R | | .5 | |
| 12 | 7/15/00 | 1:36 | 00-0192685 | 11/02/00 | 5:00 | R | 110 | 3.0 | |

ROLL UP/ROLL DOWN            More...

F3=Exit        F11=Jail Time View   F12=Previous

(Exhibit B)

Clearly shows that Jesse Hubbard was in east of Winnebago's County Jail during the time the C.I. claims that Hubbard was selling drugs. And it also shows that the debriefing that took place in February with the officers & C.I., which the C.I. says he brought drugs from Hubbard for at least a year was bogus. Hubbard was released from jail 12/11/04. Two months before the debriefing and he was in custody 57 days before then. Once again the officers violated by not making sure the C.I., which have given false information before, stories was true.

(Exhibit C) *Clearly shows that Angelique Kirk (Hubbard's wife) didn't move in the house till Nov 1, 04. Has Dwll Hubbard possibly been selling drugs outta there for at least a 1 year before arrest*

## ASSISTED LEASE AGREEMENT
## RENTAL HOUSING CHOICE VOUCHER PROGRAM

Voucher No: 000110
No. of Bedrooms: 3

THIS LEASE AGREEMENT is made and entered into **November 1, 2004** by and between **Dwayne Allen** (Landlord) and **Angelique N Kirk** (Tenant) whose HOUSEHOLD consists of the following members:

| Name | Sex | Date of Birth | Social Security Number |
|------|-----|---------------|------------------------|
| Angelique N Kirk | F | 9/3/1980 | 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 |
| O'nique L Hubbard | F | 12/12/2000 | 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 |
| | | | |

for the dwelling unit **721 8TH AVE. , Rockford, IL  61104**.  The total monthly rent for this dwelling unit will be $**450.00** per month.  Of this amount, $**400.00** per month will be payable by the Public Housing Authority (PHA) as housing assistance payments on behalf of the Tenant, and $**50.00** per month shall be payable by the Tenant ("tenant rent") directly to the Landlord. The rent is due on the 1st day of the month beginning on **November 1, 2004**.  The Tenant has deposited $ 450 with the Landlord as a security deposit.

Additionally, it is agreed that this Assisted Lease Agreement is attached hereto and incorporated herein inclusive of three attached pages of the Tenancy Addendum, Section 8 Tenant-Based Assistance, Housing Choice Voucher Program, form HUD-52641-A.

### 1. Term of Lease

The initial lease term begins on **November 1, 2004** and ends on **October 31, 2005**. Following the initial term, the Lease will be renewed automatically on a month-to-month basis until: (1) a termination of the Lease by the Landlord in accordance with paragraph 8 of the Tenancy Addendum, HUD-52641-A, (2) a termination of the Lease by the Tenant in accordance with the Lease or by mutual agreement during the term of the Lease, (3) a termination of the Housing Assistance Payments by the PHA, or (4) the PHA terminates assistance for the family.

### 2. Utilities and Appliances and Other Services of Contract Unit

(a)  The Landlord/owner shall provide or pay for the utilities and appliances indicated below by an "**O**", without any additional charge to the Tenant.  The tenant shall provide or pay for the utilities and appliances indicated below by a "**T**".

| Item | Specify fuel type | Provided by | Paid by |
|------|-------------------|-------------|---------|
| Heating | Natural Gas | | |

## Ineffective Assistance Of
## Counsel (Ground Four)

Counsel rendered ineffective assistance of counsel in violation of the sixth amendment where he denied my rights for a discovery hearing and when he refused to go over all the evidence that the government brought forward in the affidavit of the warrant. Counsel refused to cross examine the C.I. or even did any kind of research on him to see if he was a credible C.I.

Counsel also refused to check on if I occupied the house where the government argued that I was selling drugs out of for at least a year prior to the search. He failed to look into any of the evidence the government produce

Counsel's performance was deficient under prevailing professional standards; and that, because of counsel's deficient performance, the defendant was prejudiced in a way which denied him the right to a fair trial.

## Request For Evidentiary Hearing

Movant is entitled to an evidentiary hearing in order to present evidence that his counsel never brought up and for never informing him of the legal ramifications before he gave up Movants right for a evidentiary hearing.

A hearing is necessary to establish that movant did not knowingly or voluntarily waive his rights for a hearing. Movant is entitled to another motion to suppress hearing because counsel didn't and refused to go over all the evidence. The evidence the government used to argue that it was a ongoing criminal enterprise and that they had reason to believe that probable cause would be still existed after 8 days of issuance of warrant could've easy be argued if counsel would've taken time and investigated professionally.

Because movant alleged credible, nonconclusory evidence that he was denied effective assistance of counsel at motion hearing he is entitled to a hearing.

Respectfully Submitted,

08C50305

RECEIVED

... the United States
District Court Northern Dis...
219 South ...
...60604

