# 08C50105

**JUDGE REINHARD**

**FILED**

JUN 17 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Judge Reinhard
 I would like to request, along with my 2255 I will be providing a supplementary brief in no longer than thirty days. Thank You.