## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50105 | **DATE** | 6/20/2008 |
| **CASE TITLE** | United States Of America vs. Quincy Hubbard | | |

**DOCKET ENTRY TEXT:**

Pursuant to letter request, defendant is given 30 days to file a supporting memorandum to his 28 U.S.C. § 2255 motion. Government is given 45 days thereafter to file a response. Defendant is given 30 days after the response is filed to file any reply.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | JT |
|---|---|---|